59978. ROBINSON v. SERVICE HOUSING & REAL ESTATE, INC.

QUILLIAN, Presiding Judge.

Affirmed in accordance with Court of Appeals Rule 36. See *Hickey v. Merrit,* 128 Ga. App. 764 (197 SE2d 833).

*Judgment affirmed. Shulman and Birdsong, JJ., concur.*

ARGUED JUNE 16, 1980 — DECIDED
SEPTEMBER 3, 1980.

*James C. West, III, Charles S. Thornton,* for appellant.
*Michael Mears,* for appellee.